**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6047**

_____

WILLIAM ROOSEVELT CLOUD,

                    Petitioner – Appellant,

          v.

UNITED STATES OF AMERICA; KURT W. MEYERS; MICHAEL SAVAGE;
KENNETH RANDALL; FRANK D. WHITNEY,

                    Respondents - Appellees.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Robert J. Conrad,
Jr., Chief District Judge.  (3:12-cv-00775-RJC)

_____

Submitted:  March 26, 2013          Decided:  March 29, 2013

_____

Before DUNCAN, FLOYD, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

William Roosevelt Cloud, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Roosevelt Cloud appeals the district court's order denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cloud v. United States, No. 3:12-cv-00775-RJC (W.D.N.C. Dec. 28, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED